UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Leanne M. Horwath,<br><br>   Plaintiff,<br><br>v.<br><br>Vanguard Fiduciary Trust Company, a Pennsylvania Corporation; et al.,<br><br>   Defendants. | No. CV12-1662-PHX-DGC<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

The Court having reviewed the stipulation to dismiss with prejudice among Plaintiff Leanne M. Horwath and Defendants Fran Grunde and Meghan Vogel (Doc. 10),

IT IS HEREBY ORDERED:

1. Plaintiff's claims against Fran Grunde and Meghan Vogel are to be dismissed with prejudice; and

2. Plaintiff and Fran Grunde and Meghan Vogel shall bear their own costs and attorneys' fees with respect to said claims.

Dated this 7th day of September, 2012.

_David G. Campbell_
David G. Campbell
United States District Judge